

# Court of Appeals
# Fifth District of Texas at Dallas

GEORGE L. ALLEN, SR. COURTS BUILDING
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202-4658
(214) 712-3400

FACSIMILE
(214) 745-1083

INTERNET
http://www.txcourts.gov/5thcoa/

## Facsimile Transmission

Sender's Phone # (214) 712- ~~3400~~ 0199

TO: Constable Edward Wright

ATTN: Deputy Smith

FAX#: 214-751-4080          Phone #: _____

FROM: Lisa Matz - Clerk

Transmission Date: 3/22/19          Transmission Time: 10:46 A m

Number of Pages (Including Cover Page): 3

This Document - Will Be Mailed: ✓   Will NOT Be Mailed: _____

NOTES:

# <u>Fax Call Report</u>

## HP LaserJet Flow MFP M527

## Fax Header Information

COURT OF APPEALS 5TH
2147451083
Mar/22/2019 11:16:08 AM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|-----|-----------|------|----------------|----------|-------|--------|
| 1580 | Mar/22/2019 11:14:52 AM | Send | 2147514080 | 01:13 | 3 | Success |

**Order entered March 22, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00142-CV

## DARREN MELTON, Appellant

## V.

## 601 JEALOUSE, LLC, Appellee

On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-18-06444-B

## ORDER
Before Justices Bridges, Osborne, and Carlyle

Before the Court is appellant's "emergency motion confirming supersedeas deposit and emergency motion to stay enforcement of judgment pending appeal." We **GRANT** the motion, **STAY** the trial court's January 25, 2019 Final Judgment, **STAY** all efforts to enforce that judgment, and **STAY** any writs of possession or writs of execution issued in the underlying proceeding. This stay shall remain in effect until further order of the Court.

We **DIRECT** the Clerk of this Court to send copies of this order, by electronic transmission, to the Honorable Melissa Bellan, Presiding Judge, County Court at Law No. 2, Dallas County, Texas; John Warren, Dallas County Clerk; Melanie Barragan, Dallas County

Deputy Clerk; Dallas County Constable Precinct 4, Edward Wright; and to counsel for all parties.

/s/     DAVID L. BRIDGES
        JUSTICE